

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SDD:MEB
F. #2015R00271

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 11, 2015

BY HAND DELIVERY AND ECF

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
                Criminal Docket No. 15-455 (RRM) (CLP)

Dear Judge Pollak:

        The government respectfully submits this letter to provide public notice that the government anticipates filing a motion to close the courtroom for a proceeding in the above-captioned case, and requests that the Court schedule a hearing on the government's expected motion on the public docket for Monday, September 14, 2015, at a time convenient for the Court. This matter has been referred to this Court by the District Court.

        In accordance with United States v. Alcantara, 396 F.3d 189 (2d Cir. 2005), the government respectfully requests that: (1) a hearing on this motion be scheduled; (2) the Court's public calendar for the date of the hearing reflect that the government expects to file a motion for courtroom closure, along with the time and place of the hearing; (3) the public docket sheet in the above-captioned case reflect that a motion for courtroom closure is expected to be filed, as well as the date, time and place of the hearing on the motion; and (4) the docket sheet and the Court's calendar for the dates of the hearing not include the defendant's

name, but rather use the caption <u>United States v. John Doe</u>. In connection with the government's expected motion, the government will separately file, under seal, an application setting forth facts supporting courtroom closure in advance of the hearing.

                              Respectfully submitted,

                              KELLY T. CURRIE
                              Acting United States Attorney

By:                 /s/
                              Mark E. Bini
                              Assistant U.S. Attorney
                              (718) 254-8761