

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD:MEB
F. #2015R00271

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 22, 2015

<u>BY HAND DELIVERY AND ECF</u>

The Honorable Rosylnn R. Mauskopf
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. John Doe
                  <u>Criminal Docket No. 15-455 (RRM) (CLP)</u>

Dear Judge Mauskopf:

      The government respectfully submits this letter to provide public notice that the government and the defendant have filed a joint motion to close the courtroom for a proceeding in the above-captioned case, and requests that the Court schedule a hearing on the government's motion on the public docket for Friday, October 23, 2015, at a time convenient for the Court.

      In accordance with <u>United States v. Alcantara</u>, 396 F.3d 189 (2d Cir. 2005), the government respectfully requests that: (1) a hearing on this motion be scheduled; (2) the Court's public calendar for the date of the hearing reflect that the government expects to file a motion for courtroom closure, along with the time and place of the hearing; and (3) the public

docket sheet in the above-captioned case reflect that a motion for courtroom closure has been filed, as well as the date, time and place of the hearing on the motion.   The government has separately filed, under seal, an application setting forth facts supporting courtroom closure.

        Respectfully submitted,

        ROBERT L. CAPERS
        United States Attorney

By:    /s/ Mark E. Bini
        Mark E. Bini
        Assistant U.S. Attorney
        (718) 254-8761

cc:  Michael Padden, Esq. (via ECF)
      Clerk of Court (RRM) (via ECF)